UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                ORDER
                                  Criminal No. 06-407(1)

Neulan Midkiff,

    Defendant.

_____

    Timothy C. Rank, and Tracy L. Perzel, Assistant United States Attorney for and on behalf of Plaintiff.

    Douglas Olson, Assistant Federal Public Defender for and on behalf of Defendant.

_____

    This matter is before the Court upon Defendant's Motion to Exclude or Limit Evidence referenced in the Government's Notice of Intent to Offer Evidence under Fed. R. Evid. 404(b). Based on the submissions of the parties, the files, records and proceedings herein,

    IT IS HEREBY ORDERED that the Defendant's Motion to Exclude or Limit Evidence [Doc. No. 144] is GRANTED in part as follows:

    1. Evidence that certain witnesses purchased Alpha Telecom securities or

Accelerated Benefits Corporation "viaticals" from the Defendant may be admitted, but evidence that Alpha Telecom was later found to be a ponzi scheme shall be excluded, and evidence that Accelerated Benefits Corporation was shut down by the Securities Exchange Commission shall be excluded.  The Government will instruct each and every one of its witnesses to limit testimony to evidence directly relevant to the charges as described in the Indictment and to instruct them as to this Order.

    2.  Evidence concerning "Friends Helping Friends" is excluded.

    3.  Evidence that the Defendant sold a stolen car in or around 1985 is excluded.

Date: June 2, 2008

                                  s / Michael J. Davis
                                  Michael J. Davis
                                   United States District Court