UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                                  ORDER
                                                    Criminal No. 06-407(1)

Neulan Midkiff,

    Defendant.

_____

    Timothy C. Rank, and Tracy L. Perzel, Assistant United States Attorneys for and on behalf of Plaintiff.

    Douglas Olson, Assistant Federal Public Defender for and on behalf of Defendant.

_____

    Based on the record, files and proceedings herein,

    IT IS HEREBY ORDERED that;

    1.    Defendant's Motion to Dismiss the Indictment based on Double Jeopardy [Doc. No. 153] is DENIED.

    2.    Defendant's Motion to Restrict the Government from Referring to Investors as Victims [Doc. No. 154] is DENIED.

    3.    The Government's Motion to Correct and Narrow the Indictment

[Doc. No. 156] is GRANTED.

4. Defendant's Conditions of Pretrial Release are hereby modified as follows: The Defendant is hereby subject to electronic monitoring, and shall follow all rules for electronic monitoring as set by Pretrial Services. The conditions of release as set forth in the Order dated January 9, 2007 remain in full force and effect. In addition, the Defendant shall not travel outside of the state of Minnesota, unless expressly authorized by the Court.

Date: July 7, 2008

s / Michael J. Davis
Michael J. Davis, Chief Judge
United States District Court
